IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALLEN T. REED,

        Petitioner,

v.

BRANDON KELLY,

        Respondent.

Case No. 2:21-cv-01499-HZ

ORDER

HERNANDEZ, District Judge.

Petitioner brings this action pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1914, a party seeking to institute a habeas corpus proceeding shall pay a filing fee of $5.00. An action may proceed without the prepayment of a filing fee only upon a proper application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915.

Petitioner has neither submitted the filing fee nor moved to proceed *in forma pauperis*. Accordingly, IT IS ORDERED that

1 - ORDER

Petitioner shall submit a filing fee or an application to proceed *in forma pauperis* within 30 days of the date of this order. His failure to do so will result in the dismissal of this action.

    IT IS SO ORDERED.

| | |
|---|---|
| November 1, 2021 | _____ |
| DATE | Marco A. Hernandez<br>United States District Judge |