IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF OREGON

ALLEN T. REED,

                                Case No. 2:21-cv-01499-HZ

        Petitioner,

                                ORDER DENYING APPLICATION TO
   v.                            PROCEED IN FORMA PAUPERIS

BRANDON KELLY,

        Respondent.

HERNANDEZ, District Judge.

    Petitioner moves to proceed *in forma pauperis* (#4). In the Application, Petitioner's trust account statement shows an available spending balance of $1,020.00. Based upon this documentation, the Court concludes that Petitioner is capable of paying the $5.00 filing fee without undue hardship. Accordingly, Petitioner's Application to Proceed *In Forma Pauperis* (#5) is DENIED.

    Should Petitioner wish to continue with this case, he must submit the requisite filing fee within 30 days of the date of this Order. Petitioner is advised that failure to submit the fee

1 - ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS

shall result in the dismissal of this proceeding without prejudice.

    IT IS SO ORDERED.

November 16, 2021
DATE

Marco A. Hernandez
United States District Judge

2 - ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS