ELLEN F. ROSENBLUM
Attorney General
NICK M. KALLSTROM  #050023
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email:  Nick.M.Kallstrom@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ALLEN T. REED,<br><br>      Petitioner,<br><br>      v.<br><br>BRANDON KELLY,<br><br>      Respondent. | Case No.  2:21-cv-01499-HZ<br><br>MOTION FOR EXTENSION OF TIME |

Respondent respectfully moves this Court for an order granting a 60-day extension of time, to and including **May 6, 2022**, within which to file the response and answer to petitioner's petition for writ of habeas corpus.  A representative of this office verified that petitioner is a prisoner not represented by counsel in this matter.  Pursuant to Local Rule 7-1(a)(1)(C), I did not confer with petitioner, a *pro se* inmate, about this motion.

Page 1 -    MOTION FOR EXTENSION OF TIME
        NMK/la2/378903184

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

This motion is made pursuant to Fed. R. Civ. P. 6(b) and is supported by the attached declaration of counsel, Nick M. Kallstrom, Assistant Attorney General.

DATED March  4 , 2022.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

　*s/ Nick M. Kallstrom*
NICK M. KALLSTROM #050023
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4794
Nick.M.Kallstrom@doj.state.or.us
Of Attorneys for Respondent

Page 2 -   MOTION FOR EXTENSION OF TIME
　　　NMK/la2/378903184

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

## CERTIFICATE OF SERVICE

I certify that on March  4 , 2022, I served the foregoing MOTION FOR EXTENSION OF TIME upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Allen T. Reed<br>SID # 10546594<br>Snake River Correctional Institution<br>777 Stanton Blvd.<br>Ontario, OR  97914-0595 | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br> X  E-SERVED PURSUANT TO<br>    SRCI STANDING ORDER NO. 2019-9 |

                          *s/ Nick M. Kallstrom*
NICK M. KALLSTROM #050023
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4794
Nick.M.Kallstrom@doj.state.or.us
Of Attorneys for Respondent

Page 1 -    CERTIFICATE OF SERVICE
          NMK/la2/331269187

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794