ELLEN F. ROSENBLUM
Attorney General
NICK M. KALLSTROM  #050023
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email:  Nick.M.Kallstrom@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ALLEN T. REED,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BRANDON KELLY,<br><br>　　　　Respondent. | Case No.  2:21-cv-01499-HZ<br><br>DECLARATION OF NICK M. KALLSTROM IN SUPPORT OF MOTION FOR EXTENSION OF TIME |

I, Nick M. Kallstrom, declare:

1.　　I am an attorney licensed to practice law in the State of Oregon and an Assistant Attorney General for the State of Oregon.

2.　　I am the assigned attorney representing respondent in the above-captioned case.

3.　　My office has worked to compile the record of the underlying state-court proceedings.  However, more time is needed to review that record, research the issues presented, and prepare the response and answer.  Obligations in other matters have prevented me from performing those tasks to date.

Page 1 -　　DECLARATION OF NICK M. KALLSTROM IN SUPPORT OF MOTION FOR
　　　　　　　EXTENSION OF TIME
　　　　　　　NMK/la2/378903108

4. A representative of this office verified that petitioner is a prisoner not represented by counsel in this matter. Pursuant to Local Rule 7-1(a)(1)(C), I did not confer with petitioner, a *pro se* inmate, about this motion.

5. This is respondent's first request for an extension of time.

6. Therefore, respondent respectfully requests a 60-day extension of time, to and including **May 6, 2022**, within which to file the response and answer to petitioner's petition for writ of habeas corpus.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on March  4 , 2022.

                                         *s/ Nick M. Kallstrom*
                                         NICK M. KALLSTROM
                                         Assistant Attorney General

Page 2 -   DECLARATION OF NICK M. KALLSTROM IN SUPPORT OF MOTION FOR
            EXTENSION OF TIME
            NMK/la2/378903108

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

## CERTIFICATE OF SERVICE

I certify that on March  4 , 2022, I served the foregoing DECLARATION OF NICK M. KALLSTROM IN SUPPORT OF MOTION FOR EXTENSION OF TIME upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Allen T. Reed | ___ HAND DELIVERY |
| SID # 10546594 | ___ MAIL DELIVERY |
| Snake River Correctional Institution | ___ OVERNIGHT MAIL |
| 777 Stanton Blvd. | ___ TELECOPY (FAX) |
| Ontario, OR  97914-0595 | ___ E-MAIL |
| |  X  E-SERVED PURSUANT TO SRCI STANDING ORDER NO. 2019-9 |

　　　　　　　　　　　　　　　　　　　　 *s/ Nick M. Kallstrom*
　　　　　　　　　　　　　　　　　　　　NICK M. KALLSTROM #050023
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　Tel (503) 947-4700
　　　　　　　　　　　　　　　　　　　　Fax (503) 947-4794
　　　　　　　　　　　　　　　　　　　　Nick.M.Kallstrom@doj.state.or.us
　　　　　　　　　　　　　　　　　　　　Of Attorneys for Respondent

Page 1 -   CERTIFICATE OF SERVICE
　　　　　NMK/la2/331269187

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794